IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUKHDEV VAID,<br><br>Defendant. | CR 23-25-M-DWM-1<br><br>ORDER |

On August 27, 2024, this Court denied Defendant Sukhdev Vaid's pro se motion for a sentence reduction under Amendment 821 and 18 U.S.C. § 3582(c)(2) on the ground that "because his conduct created a substantial financial hardship for the victims involved," he was ineligible for a zero-point offenders adjustment under USSG §4C1.1(b)(6). (Doc. 73.) Vaid asks that the Court reconsider that determination because it did not make a factual finding that he "personally caused" the substantial financial hardship as required by the Guidelines. (Doc. 75.) However, as argued by the government, Vaid is not eligible for a reduction under § 3582(c)(2) because the applicable Guideline was in effect at the time of his

1

original sentencing. Accordingly,

IT IS ORDERED that Vaid's motion (Doc. 75) is DENIED.

DATED this 6th day of November, 2025.

_____
Donald W. Molloy, District Judge
United States District Court